Case 2:17-cv-06036-E

FILED
CLERK, U.S. DISTRICT COURT

JUN - 1 2018

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA ANN JARAMILLO, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant | Case No.: 2:17-06036-E <br><br> [~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,200.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: 6/1/18

_____
THE HONORABLE CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

-1-

Case 2:17-cv-06036-E

1 Respectfully submitted,
2 LAW OFFICES OF Lawrence D. Rohlfing
3 /s/ *Cyrus Safa*

4 Cyrus Safa
Attorney for plaintiff Rebecca Ann Jaramillo
5
OF COUNSEL:
6 Monica Perales

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26